UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:91-CR-272-T-27JSS

RONALD STANSEL,
_____/

## ORDER

**BEFORE THE COURT** is Defendant's *pro se* construed Motion for Sentence Reduction Under the First Step Act of 2018 (Dkt. 754). In accordance with this Court's Omnibus Order (Case No. 8:19-mc-10-T-23), the U.S. Probation Office submitted a memorandum advising that Defendant is not eligible for a sentence reduction under Section 404 of the First Step Act because his offense of conviction is not a "covered offense" as defined in Section 404 (Dkt. 757). The Federal Defender agrees that he is not eligible for relief under Section 404 but points out that he seeks relief under Section 603 of the First Step Act and suggests that representation under Section 603 is beyond the scope of its appointment (Dkt. 759).

Probation is correct that Defendant is not eligible for relief under Section 404 of the First Step Act. His offense of conviction is not a "covered offenses" as defined in Section 404. To the extent, therefore, Defendant's construed motion seeks relief under Section 404 (he contends that the minimum mandatory penalty for his conviction has been reduced from 20 to 15 years), his motion is DENIED.

To the extent he seeks relief under Section 603 of the First Step Act, the Federal Defender is appointed to represent him, and is directed to file a motion with supporting authority within fifteen days. The United States shall respond to the motion within fifteen days thereafter.

**DONE AND ORDERED** this 25th day of June, 2019.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Defendant, *pro se*, Counsel of Record